# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States of America, | Case / Citation No. 5:04-MJ-2064 TAG |
|---|---|
| Plaintiff, | |
| vs. | DEFENDANT'S REQUEST AND WAIVER OF APPEARANCE |
| Rosana V. Reinke, | |
| Defendant. | |

Defendant hereby requests a Court Order waiving his/her appearance at his/her Plea/Sentencing Hearing scheduled for 12/07/2006 at 9:30 a.m. Defendant resides in Woodbridge, Virginia and it would be a financial hardship for him/her to travel to Edwards AFB, California for the scheduled hearing. For this reason, it is in the interest of justice to permit to waive his/her presence at the upcoming Plea/Sentencing Hearing.

Defendant hereby waives his/her presence at the Plea/Sentencing hearing on 12/07/2006 at 9:30 a.m. and requests the Court to proceed during his/her absence and agrees that his/her interest will be deemed the same as if he/she were personally present. This request is made pursuant to Fed. R. Crim. P. 43 (b)(2).

Dated: 11/08/2006

David Wallin
Defendant's Counsel (Print and Sign)

Defendant's (Signature)

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the defendant's appearance may be waived on December 7, 2006.

Dated: 12/7/2006

THERESA A. GOLDNER
U.S. Magistrate Judge

1