IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

United States of America,                          Case / Citation No. MG-F-04-2064-TAG

           Plaintiff,

                                DEFENDANT'S REQUEST AND

VS.                                                WAIVER OF APPEARANCE

ROSANA V. REINKE                      ,

           Defendant.

CLASS B MISDEMEANOR

    Defendant hereby requests a Court Order waiving his/her appearance at his/her

Arraignment _____ Hearing scheduled for April 12, 2007 __ at 9:30 _____ a .m.
   Plea/Sentencing

Defendant resides in Woodbridge _____, Virginia _____ and it would be a financial

hardship for him/her to travel to ___ Edwards AFB ____, California for the scheduled

hearing. For this reason, it is in the interest of justice to permit to waive his/her presence at

the upcoming Arraignment _____ Hearing.
         Plea/Sentencing

   Defendant hereby waives his/her presence at the Arraignment _ hearing on April 12, 2007
                         Plea/Sentencing

at 9:30 __ a .m. and requests the Court to proceed during his/her absence and agrees

that his/her interest will be deemed the same as if he/she were personally present. This

request is made pursuant to Fed. R. Crim. P. 43 (b)(2).

Dated: 1-6-07

_____                          _____
David Wellin                                       Defendant's (Signature)
Defendant's Counsel (Print and Sign)

**ORDER**

   GOOD CAUSE APPEARING, it is hereby ordered that the defendant's appearance may

be waived on April 12 , 200 7.

Dated: 2/15/2007

                               _____
                               THERESA A. GOLDNER
                               U.S. Magistrate Judge

1